CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Defendant LLQ Partners LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | CASE NO. 5:19-cv-00135-PA-KK |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITH PREJUDICE |
| LLQ PARTNERS LLC, a Nevada limited liability company | |
| Defendants. | |

The Court having considered the Stipulation to Dismiss Action With Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action shall be and hereby is dismissed with prejudice, each party to bear their own attorneys' fees and costs in connection with this action.

Dated: __April 04, 2019__

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE